**Barry M. Mount**
OSB NO: 691275
Email: mount@bmsc-law.com
**Pamela J. Stendahl**
OSB NO: 894160
Email: stendahl@bmsc-law.com
BODYFELT MOUNT STROUP & CHAMBERLAIN LLP
707 SW Washington Street, Suite 1100
Portland, Oregon 97205-3528
Telephone: (503) 243-1022
Facsimile: (503) 243-2019

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| KIMBERLY BROWN | Case No. 07-CV-946-KI |
| Plaintiff, | |
| vs. | STIPULATED JUDGMENT OF DISMISSAL |
| CREDITORS FINANCIAL GROUP, LLC | |
| Defendant. | |

Pursuant to FRCP 41(a)(1), and based upon the stipulation of the parties hereto, by and through their respective counsel of record herein, and it appearing to the court that the

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATED JUDGMENT OF DISMISSAL
—Page 1

h:\clientfiles\brown-kimberly7765\pldgs\stipulated judgment dismissal.doc

BODYFELT MOUNT STROUP & CHAMBERLAIN LLP
Attorneys At Law
707 SW Washington Street, Suite 1100
Portland OR 97205-3528
Phone: 503-243-1022 Fax: 503-243-2019

above-entitled action has been fully compromised and settled; now, therefore,

IT IS HEREBY ORDERED that the above-entitled matter be and the same is hereby dismissed with prejudice and without costs to any party.

DATED  11-2-07

_____
Hon. Garr M. King

IT IS SO STIPULATED:

*/s/ Keith Karnes*
Keith Karnes, OSB No. 03352
Attorney for Plaintiff

DATED:  October 22, 2007

*/s/ Pamela J. Stendahl*
Pamela J. Stendahl, OSB No. 894160
Attorney for Defendant

DATED:  October 26, 2007

STIPULATED JUDGMENT OF DISMISSAL
—Page 2

BODYFELT MOUNT STROUP & CHAMBERLAIN LLP
Attorneys At Law
707 SW Washington Street, Suite 1100
Portland OR 97205-3528
Phone: 503-243-1022 Fax: 503-243-2019

h:\clientfiles\brown-kimberly7765\pldgs\stipulated judgment dismissal.doc